[No. 37765-5-I.    Division One.    February 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
KHAMPHETH JOE KEODARA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-05015-0, Eric Watness, J. Pro Tem., entered November 7, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 14224-8-III.    Division Three.    February 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SALVADOR G. MONTANO, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 94-1-00003-1, Evan E. Sperline, J., entered August 1, 1994. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 15105-1-III.    Division Three.    February 20, 1997.]

THE CITY OF KENNEWICK, ET AL., *Appellants*, v.
BOARD FOR VOLUNTEER FIREFIGHTERS, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 94-2-00206-3, Duane E. Taber, J., entered August 2, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Thompson and Kurtz, JJ. Now published at 85 Wn. App. 366.

[No. 19176-8-II.    Division Two.    February 21, 1997.]

BOBBIE JO WHITAKER, ET AL., *Individually and as Guardians, Appellants*, v. JEFF LEE SCHWEIGERT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 92-2-00823-5, Paula Casey, J., entered January 27, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Bridgewater, J.